# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| TERRY JOE SIDES, JR. | ) | |
| | ) | 5-25MJ150 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   March 1, 2025, to October 1, 2025   in the county of   Lubbock   in the
  Northern   District of   Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

_____
Complainant's signature

Andrew Howard, Special Agent
Printed name and title

Sworn to before me via telephone pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3).

Date:  10-2-25

_____
Judge's signature

City and state:    Lubbock, Texas            Amanda "Amy" R. Burch,  U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF COMPLAINT

1. I, Andrew Howard, am a Special Agent with the FBI, and am currently assigned to the Dallas Field Division, Lubbock Resident Office. I have received training and have experience in interviewing and interrogation techniques, arrest procedures, search and seizure, search warrant applications and various other investigative techniques. I am tasked to investigate crimes involving sex trafficking and child exploitation. I have been a Federal Agent since October 2022. As part of my daily duties as an FBI Special Agent, I conduct criminal investigations of individuals and entities for possible violations of Federal laws, particularly those laws found in Title 18 and Title 21 of the United States Code. I have training and experience in the investigation of sex trafficking and child exploitation. Prior to being an FBI Special Agent, I served as a Deputy Sheriff within the Hillsborough County Sheriff's Office for approximately five years where I worked numerous cases involving child exploitation. As an FBI Special Agent, I am authorized to investigate crimes involving the sexual exploitation of children, including violations of 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography.

2. Section 2252A(a)(5)(B) makes it a federal offense to possess an item that contains an image of child pornography as defined by 18 U.S.C. § 2256(8). There are three elements to this offense:[1]

> *First.* That the defendant knowingly possessed an item that contains an image of child pornography, as alleged in the indictment;

---

[1] Fifth Circuit Pattern Jury Instruction 2.85F (2024).

1

*Second.* That the material was mailed, shipped, or transported using any means or facility of, or in or affecting interstate or foreign commerce by any means, including by computer; and

*Third.* That when the defendant possessed the material, the defendant knew the material was or contained child pornography.

3. I am the case agent on a possession of child pornography case in which Terry Joe Sides, Jr. is the subject. The information used to support this complaint was derived from reports and information obtained from interviews and investigations conducted by law enforcement related to the incident. This complaint contains information necessary to establish probable cause to believe that the criminal offense described herein was committed by the defendant; it is not intended to discuss every fact and matter known to this investigation. Moreover, to the extent that this complaint contains witness statements, those statements are set forth only in part and relevant substance and are intended to accurately relay the information but are not verbatim recitations. All times are approximate. This affidavit is made in support of an application for a criminal complaint and arrest warrant for a violation of 18 U.S.C. § 2252A(a)(5)(B).

**PROBABLE CAUSE**

4. Between March 28, 2025, and July 25, 2025, a sergeant with the Office of Attorney General of Texas conducted a proactive child exploitation investigation wherein he downloaded child pornography from users on the Internet. During his investigation,

the sergeant conducted direct downloads of 22 child sexual abuse material[2] (CSAM) files of interest from IP address 50.27.19.254. The IP address utilized eMule to distribute these files of interest. eMule is a free and open-source peer-to-peer (P2P) file sharing client for Microsoft Windows. eMule allows users to connect to a network of other users to download and share files. When the sergeant made the eMule downloads, he was able to obtain the IP address associated with those particular downloads using forensic tools, which is how it was determined that the files described below were downloaded from IP address 50.27.19.254. The sergeant obtained partial downloads of 19 files and full downloads of 3 files. The 3 files were verified CSAM and included the following:

- **File name: video 20220109 070743.mp4. Length: 15 minutes and 48 seconds.** The video depicted an approximately 10-to-12-year-old prepubescent female with blonde hair, holding a white bed sheet to her chest. The camera then moved to show the exposed penis of a post pubescent male under the age of 18. The young female moved down to the floor and began performing oral sex on the male. The video then switched to another scene showing the aforementioned male and female engaging in vaginal intercourse. At the end of the video, the male performed oral sex on the female.

- **File name: Video 2022-08-22 13-38-32.mp4, Length: 2 minutes and 10 seconds.** The video depicted an approximately 10-to-12-year-old prepubescent female (F1)

---

[2] Throughout this affidavit, I will refer to "child sexual abuse material," "CSAM," and "child pornography" using the terms interchangeably. For purposes of this affidavit, when I use any of those terms, I am referring to material that meets the federal definition of child pornography as defined in 18 U.S.C. § 2256(8).

3

wearing no clothing and laying on a bed with green sheets. An unclothed adult male was observed kneeling between the female's legs with his erect penis showing. The camera moved to a close up of the adult male rubbing his erect penis on the outside of the female's vagina. A second prepubescent female (F2), approximately 8-to-10 years old, wearing no clothing, joined the female on the bed and began rubbing F1's breasts and kissing F1 on the lips. The adult male then guided F2's hand to his penis and F2 begins manually stimulating the adult male's penis. The adult male then instructed F1 and F2 to get on all fours while on the bed.

- **File name: BS Video Pedrojack 2022-07-11 02-29-11.mp4. Length:15 minutes and 29 seconds.** The video depicted a teal blue room with an open door. Through the open door was a hanging Mexican flag. An approximately 10-to-12-year-old prepubescent female was observed getting off a bed and closing the door. The female was fully clothed and rejoined an adult male on a bed. The female began undressing, exposing her breasts, buttocks and vagina. The female began masturbating with her fingers. The female then began manually simulating the male's erect penis. The female then went to a closet and appeared to retrieve a bottle of lubricant. The female mounted the adult male and placed lubricant on the adult male's erect penis. The male and female then engaged in vaginal intercourse.

5. Between May 19, 2025, and May 25, 2025, an agent with Homeland Security Investigations (HSI) conducted a similar, but unrelated, proactive investigation and conducted direct downloads of 37 files of interest from eMule, which were determined to also be downloaded directly from IP address 50.27.19.254. The agent

obtained partial downloads of 35 files and full downloads of 2 files. The 2 files were verified CSAM and included the following:

- **File name: video_2022-07-11_03-23-06.mp4. Length: 40 minutes and 53 seconds.** The video depicted an approximately 10-to-12-year-old prepubescent Asian female laying unclothed on a bed. An adult Asian male performed oral sex on the female's vagina. The male also digitally penetrated the female's vagina with his fingers. The female appeared to be in pain during the digital penetration. The female then performed oral sex on the adult male's penis. The male and female engaged in sexual intercourse and the male ejaculated on the stomach area of the female. The male then spread the lips of the female's vagina. The video ended with the female putting a shirt on.

- **File name: !!!falko 1.avi. Length: 3 minutes and 23 seconds.** The video started with the wording "falkovideo part I." An adult female wearing cheetah print lingerie was observed holding a silver-colored dildo while an approximately 6-to-8-year-old prepubescent female was bent over watching a video on a laptop. The minor female was wearing a lacy belt with long black socks. The adult female placed the dildo into the anus of the minor female. The adult female then forced the minor female to use the same dildo on the adult female in the same manner.

6. The videos described above meet the federal definition of child pornography as defined in 18 U.S.C. § 2256(8).

7. Per subpoena returns, the subscriber of IP address 50.27.19.254 during the activity period was:

5

- Subscriber Name: Terry Sides
- Address: 6001 34th Street, Space 37, Lubbock, TX 79407
- Subscriber Phone Number: 214-498-4653
- Subscriber Email Address: tjsides@gmail.com
- Account Active: January 25, 2021, to present.

8. Sides' IP address was registered to him and associated with his residence, which was a trailer RV, located at 6001 34th Street, Space 37, in Lubbock, Texas. Other occupants of this RV park had their own internet if they chose to have internet and Sides' IP address was not an IP address used or associated with multiple spaces at the RV park.

9. On September 17, 2025, law enforcement officers conducted surveillance at the Sides' residence. During the surveillance, officers identified Sides exiting his vehicle and entering his trailer. The vehicle and trailer were both registered to Sides. From surveillance and observations, it does not appear that anyone else resided with Sides at his trailer. Sides also had a Texas license to carry handgun, with a home address of the 6001 34th Street, Space 37, Lubbock, Texas, which expires on August 12, 2027.

10. On September 25, 2025, I conducted surveillance at the Sides' residence and used my cell phone to access the available WiFi platforms at and near Sides' trailer. All of the platforms appeared to be password protected and no WiFi platform appeared to be publicly available. I observed two password protected networks named "Linksys03411" and "Linksys03411_5GHz." Per the administrative subpoena results for Sides' IP address, 50.27.19.254, the dynamic host configuration protocol (DHCP) hostname for Sides' Internet modem is "Linksys03411."

6

11. On September 30, 2025, I obtained a federal search warrant for Sides' residence including his trailer and vehicle. On October 1, 2025, I, along with other law enforcement personnel, executed the search warrant at Sides' residence. Sides' residence is an RV camper-style trailer with mostly open space accessible by anyone in the trailer and one bedroom, which can be closed off from the rest of the trailer by closing the bedroom door. It was apparent from my entry into the trailer that no one besides Sides lived or stayed there. The belongings appeared to be consistent with a single adult male living alone and there was a collection of mail piled up all addressed to Sides at that residence.

12. During the search, I observed a desktop computer in Sides' bedroom. On the computer, I observed the aforementioned WiFi, "Linksys03411" connected, multiple partitioned hard drives, one of which was Bitlocker encrypted, and the username of the computer was listed as "tjsides."

13. On the computer, I was able to observe the following noteworthy items:

- A file named "Script.txt" on the desktop, which contained a script between two characters, one appearing to be an adult male, and the other portraying a 10-year-old female named "Addison." The script contained grooming language including sexual references and statements to the effect of: "what young girls are supposed to do with adult men."

- A 3D model computer rendering of what appeared to be a nude prepubescent 10-to-12-year-old female on all fours with her mouth open. Numerous 3D model computer renderings of female vulvas with the labia majora closed and with the labia majora

7

spread open. Nude reference photographs for 3D modeling of adult women alongside an image of a young female child's face.

- The programs eMule and Tor Browser were installed on the computer desktop. There was also evidence of Sides having some understanding of computer coding and evidence that Sides frequently wipes his browsing history.

14. During the search, I conducted an interview with Sides, in which Sides admitted that he has lived in the RV for approximately 5 years. No one else has ever lived with Sides in the RV. Sides provided his email and phone number as the ones provided in the IP address subpoena returns. When Sides was asked about the use of eMule, Sides immediately stopped the interview and asked for a lawyer to be present.

15. Based upon my training and experience, and my observations of Sides' residence, computer, and other electronic items in his residence, I believe Sides is a relatively sophisticated computer user and any actions he takes on his computer and Internet are very intentional.

16. Sides had multiple computers, hard drives, and other electronic devices in his residence. Furthermore, he was using the Internet to maintain, store, and transport at least some of his files of child pornography. Most electronic devices such as hard drives and computers are means and facilities of interstate and foreign commerce in that they are often made in overseas facilities and travel to the United States before their acquisition and use in the United States, and they are capable of accessing the Internet and storing files obtained from the Internet.

17. Based on the information above, I have probable cause to believe that Terry Joe Sides, Jr. violated Title 18, United States Code, Section 2252A(a)(5)(B), that is, Possession of Child Pornography, from on or about March 1, 2025, to on or about October 1, 2025, and respectfully ask that this Court issue a warrant for his arrest. Specifically, Sides possessed the files of child pornography discussed in this affidavit on an electronic device and online platform at his residence in Lubbock, Texas, on at least the dates the files were accessed and downloaded in the law enforcement operations discussed above. Furthermore, those files meet the federal definition of child pornography. Based on the content of the files and the volume of files, as well as Sides' apparent computer savviness and encryptions of electronic devices, Sides would have known that he possessed the files and that the files he possessed were child pornography. Additionally, the files were transported using a means and facility of interstate and foreign commerce, including a computer and the Internet, when Sides' transported them to his eMule account and law enforcement downloaded the files from his eMule account. I respectfully ask this Court to issue a warrant for Sides' arrest.

Andrew Howard
Special Agent
Federal Bureau of Investigation

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In

9

doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

    Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 this 2nd day of October, 2025.

_____
Amanda "Amy" R. Burch
United States Magistrate Judge